UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Brenner, Spiller & Archer
125 Rt. 73 N.
West Berlin, NJ 08091
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor

In Re:

Sharon Roman

Case No.: 22-12963

Judge: ABA

Chapter: 13

## NOTICE OF MOTION TO EXPUNGE OR REDUCE PROOF OF CLAIM

To:   Isabel Balboa
      Chapter 13 Standing Trustee
      Cherry Tree Corporate Center
      535 Rt 38 – Suite 580
      Cherry Hill, NJ 08002

      Planet Home Lending, LLC              Friedman Vartolo, LLP
      Attn: Officer, Manager, Agent         Attn: Jonathan Schwalb, Esq.
      321 Research Parkway, Suite 303       1325 Franklin Avenue, Suite 160
      Meriden, CT 06450                     Garden City, NY 11530

PLEASE TAKE NOTICE, that the undersigned attorney for Debtor, shall make application to this Honorable Court Objecting to the Proof of Claim #12.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the attached Certification of Andrew Archer, Esq., attorney for debtor, the arguments of counsel and such other and further proofs as may be adduced at the hearing hereof.

PLEASE TAKE FURTHER NOTICE that the moving party believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues of law or fact.

PLEASE TAKE FURTHER NOTICE that if you wish to contest the within Motion, you must file opposition with the office of the Clerk of the Bankruptcy Court, and serve the undersigned 7 days in advance of the aforesaid hearing, your responding papers stating with particularly the basis of your opposition to the within motion. A copy of the proposed Order which is sought is enclosed with this motion.

Dated: December 5, 2022                                    /s/ Andrew Archer
                                                                                                           Andrew Archer, Esquire
                                                                                                           Attorney for Debtor