UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Brenner, Spiller & Archer
125 Rt. 73 N.
West Berlin, NJ 08091
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor

In Re:

Sharon Roman

Case No.:    22-12963

Judge:    ABA

Chapter:    13

CERTIFICATION IN SUPPORT OF MOTION

I, Sharon Roman, of full age, certifies as follows:

1. I am the Debtor in the above matter and, as such, I am fully familiar with the facts and circumstances herein.

2. On April 11, 2022, I filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

3. On June 17, 2022, creditor Pinnacle Credit Services, LLC filed Proof of Claim #1 claiming a debt owed in the amount of $129,709.55.

4. After reviewing the proof of claim, I believe that that the amount of the claim should be reduced.

5. I have not received a mortgage statements for this account, since prior to 2010.

6. Upon information and belief, I believe that this mortgage was charged off.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Date: December 5, 2022        /s/ Sharon Roman
                                                                              Sharon Roman
                                                                              Debtor