UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
125 Rt. 73 N.
West Berlin, NJ 08091
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor(s)

In Re:

Sharon Roman

Case Number:    22-12963

Hearing Date:   January 3, 2023

Judge:          ABA

Chapter:        13

Recommended Local Form:        Followed        Modified

# ORDER ON MOTION TO EXPUNGE OR REDUCE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Date: _____

_____
Hon. Andrew B. Altenburg

Debtor:           Sharon Roman
Case No:          22-12963
Caption of Order: Order Granting Motion to Expunge or Reduce Proof of Claim

Upon consideration of Debtor's, Sharon Roman's, by and through Counsel, Motion to Expunge Proof of Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Expunge Proof of Claim is hereby:

   **GRANTED.**

2. The proof of claim of Planet Home Lending, claim #12 is hereby expunged.